UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BRICKLAYERS INSURANCE AND
WELFARE FUND, BRICKLAYERS PENSION
FUND, BRICKLAYERS SUPPLEMENTAL
ANNUITY FUND, BRICKLAYERS AND
TROWEL TRADES INTERNATIONAL
PENSION FUND, NEW YORK CITY AND
LONG ISLAND JOINT APPRENTICESHIP
AND TRAINING FUND, INTERNATIONAL
MASONRY INSTITUTE, and SANTO
LANZAFAME, in his fiduciary capacity as
Administrator, BRICKLAYERS LOCAL 1,
INTERNATIONAL UNION OF
BRICKLAYERS AND ALLIED CRAFT
WORKERS, and BRICKLAYERS LABOR
MANAGEMENT RELATIONS COMMITTEE,

ORDER
06-CV-1028 (NG) (SMG)

               Plaintiffs,

-against-

GOLDEN VALE CONSTRUCTION, INC. as
the Successor to and/or Alter Ego of OILEAN
CONSTRUCTION, INC., and JOHN
DRISLANE

               Defendants.
------------------------------------------------------------------ x

**GERSHON, United States District Judge:**

      The unopposed and well-reasoned Report and Recommendation of Magistrate Judge Steven M. Gold, dated October 9, 2007 is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment for plaintiffs against defendant Golden Vale Construction, Inc. in the amount of $91,173.35 in unpaid contributions; interest in the amount of 10% per annum on $50,110.85 from March 31, 2005 to the date of judgment; 10% per annum on $41,062.50 from December 31, 2005 to the date of judgment; liquidated damages in an amount equal to the interest calculated by the

Clerk; and attorney's fees and costs totaling $1,725. Plaintiffs' application for dues and contributions owed to the Union and LMRC is denied. The Clerk of Court is also directed to enter judgment dismissing all claims against defendant John Drislane.

SO ORDERED.

s/NG

**NINA GERSHON**
**United States District Judge**

Dated: October 30, 2007
Brooklyn, New York